**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**QUINLAN H. MOTLEY**

**CIIVL ACTION**

**VERSUS**

**NO. 25-892-JWD-RLB**

**BOARD OF SUPERVISORS OF SOUTHERN UNIVERSITY AND A&M COLLEGE, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 6, 2026 (Doc. 34), to which no objection was filed,

**IT IS ORDERED** that Defendant's Motion to Dismiss Amended Complaint (Doc. 10) is **GRANTED IN PART**. All claims against the **Southern University Lab School**, John K. **Pierre**, and Herman **Brister**, in his official capacity, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the ADA and Section 504 claims against the **Board of Supervisors of Southern University and A&M College** are **DISMISSED WITH PREJUDICE**.

In light of the Plaintiff's Motion for Leave to file a Second Amended and Supplemental Complaint (Doc. 35) ("Motion for Leave"), which has been referred to the Magistrate Judge, **IT IS FURTHER ORDERED** that the Defendant(s) will have twenty-one (21) days from the granting of the Motion for Leave within which to file responsive pleadings.

**IT IS FURTHER ORDERED** that Plaintiff's Preliminary Injunction Request (Doc. 18) is **DENIED**.

Signed in Baton Rouge, Louisiana, on August 25, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**